MERCHANTS INDEMNITY CORP., OF NEW YORK, PLAINTIFF-PETITIONER, v. EDWARD L. EGGLESTON, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 68 *N. J. Super.* 235.

*Mr. Raymond L. Cunneen* and *Mr. Hugh J. O'Gorman* for the petitioner.

*Messrs. Winetsky & Brody* and *Mr. Jack J. Camillo* for the respondents.

September 19, 1961.   Granted.

FIDELITY UNION TRUST COMPANY, TRUSTEE, PLAINTIFF-RESPONDENT, v. HENRY F. ROBERT, INDIVIDUALLY AND AS EXECUTOR, DEFENDANT-RESPONDENT, EDWARD F. CAVANAGH, JR., ET AL., DEFENDANTS-PETITIONERS.

See same case below:  67 *N. J. Super.* 564.

*Messrs. Pitney, Hardin & Ward, Mr. William H. Osborne, Jr., Messrs. Brogan & Wolff* and *Mr. Marshall Crowley* for the petitioners.

*Messrs. Clapp & Eisenberg* for the respondent.

September 19, 1961.   Granted.